HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
SOPHONDARA HUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00220-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| SOPHONDARA HUN, | |
| Defendant. | Date:   October 26, 2023 |
| | Time:  9:00 A.M. |
| | Judge: Hon. Daniel J. Calabretta |

By this stipulation, the parties move to continue the status conference until January 18, 2024, at 9:00 a.m., and to exclude time between October 26, 2023 and January 18, 2024, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including numerous photographs, multiple body-worn camera videos, and other audio/video recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.      The defense team needs additional time to review discovery and confer with her client.

c.      The government does not object to the continuance.

1       c.      Based on the above-stated findings, the ends of justice served by continuing the

2 case as requested outweigh the interest of the public and the defendant in a trial within the

3 original date prescribed by the Speedy Trial Act.

4       d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

5 et seq., within which trial must commence, the time period of October 26, 2023 to January 18,

6 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

7 T4] because it results from a continuance granted by the Court at defendant's request on the basis

8 of the Court's finding that the ends of justice served by taking such action outweigh the best

9 interest of the public and the defendant in a speedy trial.

10      Nothing in this stipulation and order shall preclude a finding that other provisions of the

11 Speedy Trial Act dictate that additional time periods are excludable from the period within which

12 a trial must commence.

13

14 DATED: October 17, 2023          Respectfully submitted,

15                              HEATHER E. WILLIAMS

16                              Federal Defender

17                              */s/ Noa E. Oren*

18                              NOA E. OREN
Assistant Federal Defender

19                              Attorney for SOPHONDARA HUN

20 DATED: October 17, 2023          PHILLIP A. TALBERT

21                              United States Attorney

22                              */s/ Haddy Abouzeid*

23                              HADDY ABOUZEID
Assistant United States Attorney

24                              Attorney for Plaintiff

25

26

27

28

1

<u>ORDER</u>

2        The Court, having received, read, and considered the stipulation of the parties, and good

3  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4  that the failure to grant a continuance in this case would deny defense counsel reasonable time

5  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6  finds that the ends of justice served by granting the continuance outweigh the best interests of the

7  public and defendant in a speedy trial.

8        The Court orders a status conference on January 18, 2024, at 9:00 a.m.  The Court orders

9  the time from October 26, 2023 up to and including January 18, 2024, excluded from

10  computation of time within which the trial of this case must commence under the Speedy Trial

11  Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

12

13

14  DATED:  October 17, 2023          /s/ Daniel J. Calabretta

15                            THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28